**Motion Granted; Appeal Dismissed and Memorandum Opinion March 8, filed 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00540-CV
_____

**REED & ABRASLEY, P.L.L.C., ROBERT S. ABRASLEY, JOEL D. REED AND ROBERT S. ABRASLEY, P.C., Appellants**

**V.**

**MICHAEL G. SHEBAY AND ANDREW SHEBAY & CO., P.L.L.C., Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-65369**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 24, 2011. On February 24, 2012, the parties filed an agreed motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1.

The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.